Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE INC., a Virginia Corporation; NOVASTAR HOME MORTGAGE INC., a Delaware Corporation; NOVASTAR FINANCIAL INC., a Maryland Corporation,<br><br>Defendants. | CLASS ACTION C 07 3438 EDL<br><br>DECLARATION OF CHRISTOPHE KUBIAK<br><br>[California Civil Code section 1780]<br><br>BY FAX |

I, Christophe Kubiak, declare and state as follows:

1.  I am one of the named Plaintiffs in this case. I have personal knowledge of the matters described in this declaration. I am over the age of eighteen and am competent to testify.

2.  In approximately April, 2005 I applied for a mortgage to be secured property that serves as my primary residence located in Alameda County, California.

3.  I ultimately received a mortgage from NovaStar Mortgage Inc. The written disclosures I received were provided to me at my place of business located in Alameda County, California and I executed mortgage documents in May, 2005 in Alameda County, California.

DECLARATION OF CHRISTOPHE KUBIAK- 1

1  4.   I have reviewed the complaint filed in this matter and the facts of which I have
2  personal knowledge are true and correct to the best of my knowledge.
3
4  I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct to the best of my knowledge.
5
6  DATED this 28th day of June, 2007, at Oakland, California.
7
8  _____
   Christophe Kubiak
9

DECLARATION OF CHRISTOPHE KUBIAK - 2