1  Carter M. Zinn (State Bar No. 205034)
   LAW OFFICES CARTER M. ZINN
2  3450 Broderick Street, Suite 302
   San Francisco, California 94123
3  Telephone: (415) 292-4100
   Facsimile: (415) 292-4106
4  E-mail: Carter@zinn-law.com

5  John W. Phillips (Washington State Bar No. 12185)
   Matthew Geyman (Washington State Bar No. 17544)
6  PHILLIPS LAW GROUP, PLLC
   315 Fifth Avenue South, Suite 1000
7  Seattle, WA 98104
   Telephone: (206) 382-6163
8  Facsimile: (206) 382-6168
   E-mail: jphillips@jphillipslaw.com
9  (pro hac vice application filed herewith)

10 Ari Brown (Washington State Bar No. 29570)
   BERGMAN & FROCKT
11 614 First Avenue, Fourth Floor
   Seattle, WA 98104
12 Telephone: (206) 957-9510
   Facsimile: (206) 957-9549
13 E-mail: ari@bergmanlegal.com
   (pro hac vice application filed herewith)

14 Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA

17

18 CHRISTOPHE KUBIAK, an individual;         CLASS ACTION
   and SEBASTIAN SANGES, an individual,
19 on behalf of themselves and all others    C 07 3438
   similarly situated,
20                                           REQUEST FOR JURY TRIAL        EDL
                    Plaintiffs,
21
            v.                               BY FAX
22
23 NOVASTAR MORTGAGE, INC., a
   Virginia corporation; NOVASTAR HOME
24 MORTGAGE, INC., a Delaware
   corporation; and NOVASTAR FINANCIAL
25 INC., a Maryland corporation,
26
                    Defendants.

REQUEST FOR JURY TRIAL

- 1 -

- 2 -

1     Plaintiffs in the above-entitled action hereby request that the case be tried before a jury.

2

3   Dated: June 29, 2007         By:

4

5                                                    *[signature]*

6                                      Carter M. Zinn

7                                      LAW OFFICES OF CARTER M. ZINN
                                        Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REQUEST FOR JURY TRIAL

- 2 -