Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

John W. Phillips (Washington State Bar No. 12185)
Matthew Geyman (Washington State Bar No. 17544)
Phillips Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 382-6163
Facsimile: (206) 382-6168
e-mail: jphillips@jphillipslaw.com
(pro-hac vice application filed herewith)

Ari Brown (Washington State Bar No. 29570)
Bergman & Frockt
614 First Avenue, Fourth Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
E-mail: ari@bergmanlegal.com
(pro hac vice application filed herewith)

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE INC., a Virginia Corporation; NOVASTAR HOME MORTGAGE INC., a Delaware Corporation; NOVASTAR FINANCIAL INC., a Maryland Corporation, ,<br><br>Defendants. | CLASS ACTION<br><br>**DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES** |

DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

1

      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. NovaStar Capital Inc.: this company is an affiliate of defendants NovaStar Mortgage Inc. and NovaStar Home Mortgage Inc. It is wholly owned by defendant NovaStar Financial Inc. Defendants used this entity to provide lines of credit to various mortgage brokers.

2. Mortgage brokers and brokerage companies who brokered loans to NovaStar Mortgage Inc: such individuals or firms may have indemnified NovaStar Mortgatge Inc against liability it incurred as a result of loans it brokered to potential class members.

Dated: June 29, 2007

By:

LAW OFFICES OF CARTER M. ZINN

Carter M. Zinn

DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

2

```
 1
 2                              PHILLIPS LAW GROUP, PLLC
 3                              By:_____
                                John W. Phillips (pro hac vice application pending)
 4                              Matthew Geyman (pro hac vice application pending)
 5
                                BERGMAN & FROCKT
 6
                                By:_____
 7                              Ari Y. Brown, (pro hac vice application pending)
 8                              Attorneys for Plaintiffs
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

3