Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware corporation; and NOVASTAR FINANCIAL INC., a Maryland corporation,<br><br>Defendants. | CLASS ACTION<br><br>C 07 3438 EDL<br><br>NOTICE OF APPLICATION AND APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN W. PHILLIPS, MATTHEW GEYMAN, AND ARI BROWN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>BY FAX |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS:

PLEASE TAKE NOTICE that Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES do hereby respectfully move this court for the *pro hac vice* admission of Washington State licensed attorneys John W. Phillips, Matthew Geyman, and Ari Brown.

NOTICE OF APPLICATION AND APPLICATION FOR *PRO HAC VICE* ADMISSION; MEMO OF P&A IN SUPPORT THEREOF

- 1 -

1  This motion is brought pursuant to Civil Local Rule 11-3, and is based upon the
2  accompanying memorandum of points and authorities, and the declarations of John W. Phillips,
3  Matthew Geyman, and Ari Brown filed herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES hereby seek the *pro hac vice* admission of John W. Phillips, Matthew Geyman, and Ari Brown pursuant to Civil Local Rule 11-3. As set forth in Civil Local Rule 11-3, an application for *pro hac vice* admission must state:

(1) that the attorney is an active member in good standing of the bar of a United States Court or of the highest court of another state or the District of Columbia, specifying such bar;

(2) that the attorney agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court;

(3) that an attorney, identified by name, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel.

The accompanying declarations of John W. Phillips, Matthew Geyman, and Ari Brown each fulfill all of these requirements.

Accordingly, Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

////
////
////
////

NOTICE OF APPLICATION AND APPLICATION FOR *PRO HAC VICE* ADMISSION; MEMO OF P&A IN SUPPORT THEREOF

respectfully request that the Court grant this application for the *pro hac vice* admission of John W. Phillips, Matthew Geyman, and Ari Brown.

Dated: June 29, 2007         By:

*[signature]*

Carter M. Zinn
LAW OFFICES OF CARTER M. ZINN
Attorneys for Plaintiffs

NOTICE OF APPLICATION AND APPLICATION FOR *PRO HAC VICE* ADMISSION; MEMO OF P&A IN SUPPORT THEREOF

- 3 -