```
 1  Carter M. Zinn (State Bar No. 205034)
    LAW OFFICES CARTER M. ZINN
 2  3450 Broderick Street, Suite 302
    San Francisco, California 94123
 3  Telephone: (415) 292-4100
    Facsimile: (415) 292-4106
 4  E-mail: Carter@zinn-law.com

 5  John W. Phillips (Washington State Bar No. 12185)
    Matthew Geyman (Washington State Bar No. 17544)
 6  PHILLIPS LAW GROUP, PLLC
    315 Fifth Avenue South, Suite 1000
 7  Seattle, WA 98104
    Telephone: (206) 382-6163
 8  Facsimile: (206) 382-6168
    E-mail: jphillips@jphillipslaw.com
 9  (pro-hac vice application filed herewith)

10  Ari Brown (Washington State Bar No. 29570)
    BERGMAN & FROCKT
11  614 First Avenue, Fourth Floor
    Seattle, WA 98104
12  Telephone: (206) 957-9510
    Facsimile: (206) 957-9549
13  E-mail: ari@bergmanlegal.com
    (pro hac vice application filed herewith)
14
    Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES
15
              UNITED STATES DISTRICT COURT
16            NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware corporation; and NOVASTAR FINANCIAL INC., a Maryland corporation,<br><br>Defendants. | CLASS ACTION<br><br>C 07 3438<br><br>DECLARATION OF MATTHEW GEYMAN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION<br><br>EDL<br><br>BY FAX |

DECLARATION OF MATTHEW GEYMAN RE PRO HAC VICE APPLICATION

- 1 -

I, Matthew Geyman, declare as follows:

1. I am an attorney with the law firm of Phillips Law Group, PLLC. My office telephone number is (206) 382-1168, my office facsimile number is (206) 382-6168, and my e-mail address is mgeyman@jphillipslaw.com. My firm has been retained to act as counsel for plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES.

2. I am admitted to practice before the Washington State Supreme Court (1987); United States District Court for the Western District of Washington (1989); United States District Court for the Eastern District of Washington (1993); the Ninth Circuit Court of Appeals (1990); and the United States Supreme Court (1992).

3. I am a member in good standing before these courts.

4. I am not currently suspended or disbarred in any court.

5. The names, addresses, and telephone numbers of the active members of the State Bar of California and the Northern District of California, who is co-counsel and attorney of record is Carter M. Zinn, State Bar Number 205034, Law Offices of Carter M. Zinn, 3450 Broderick St., Ste. 302, San Francisco, CA 94123, and he maintains offices in the State of California.

6. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and I am familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of June, 2007 at Seattle, Washington.

_____
Matthew Geyman

DECLARATION OF MATTHEW GEYMAN RE PRO HAC VICE APPLICATION

- 2 -