Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

John W. Phillips (Washington State Bar No. 12185)
Matthew Geyman (Washington State Bar No. 17544)
PHILLIPS LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 382-6163
Facsimile: (206) 382-6168
E-mail: jphillips@jphillipslaw.com
(pro-hac vice application filed herewith)

Ari Brown (Washington State Bar No. 29570)
BERGMAN & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
E-mail: ari@bergmanlegal.com
(pro hac vice application filed herewith)

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware corporation; and NOVASTAR FINANCIAL INC., a Maryland corporation,<br><br>Defendants. | CLASS ACTION<br><br>C 07 3438 EDL<br><br>DECLARATION OF JOHN W. PHILLIPS IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION<br><br>BY FAX |

DECLARATION OF JOHN W. PHILLIPS RE PRO HAC VICE APPLICATION

- 1 -

I, John W. Phillips, declare as follows:

1. I am an attorney with the law firm of Phillips Law Group, PLLC. My office telephone number is (206) 382-6163, my office facsimile number is (206) 382-6168, and my e-mail address is jphillips@jphillipslaw.com. My firm has been retained to act as counsel for plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES.

2. I am admitted to practice before the Washington State Supreme Court (1981); United States District Court for the Western District of Washington (1982); the Ninth Circuit Court of Appeals (1984); and the United States Supreme Court (2002).

3. I am a member in good standing before these courts.

4. I am not currently suspended or disbarred in any court.

5. The names, addresses, and telephone numbers of the active members of the State Bar of California and the Northern District of California, who is co-counsel and attorney of record is Carter M. Zinn, State Bar Number 205034, Law Offices of Carter M. Zinn, 3450 Broderick St., Ste. 302, San Francisco, CA 94123, and he maintains offices in the State of California.

6. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and I am familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of June, 2007 at Seattle, Washington.

_____
John W. Phillips

DECLARATION OF JOHN W. PHILLIPS RE PRO HAC VICE APPLICATION

- 2 -