```
 1  WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
    walderman@orrick.com
 2  IAN L. JOHNSON (STATE BAR NO. 208713)
    ijohnson@orrick.com
 3  JUSTIN M. ARAGON (STATE BAR NO. 241592)
    jaragon@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Telephone:    415-773-5700
    Facsimile:    415-773-5759
 7
    Attorneys for Defendants
 8  Novastar Mortgage, Inc., Novastar Home Mortgage, Inc. and
    Novastar Financial, Inc.
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware corporation; and NOVASTAR FINANCIAL, INC., a Maryland corporation.,<br><br>        Defendants. | No. C 07-03438 EDL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Christophe Kubiak and Sebastian Sanges ("Plaintiffs"), by and through their counsel, and Defendants Novastar Mortgage, Inc., Novastar Home Mortgage, Inc. and Novastar Financial, Inc. ("Defendants"), by and through their counsel, hereby stipulate that the time for Defendants to answer or otherwise respond to the complaint in this action is extended for 30 days, to and including September 5, 2007.

Dated: July 17, 2007

PHILLIPS LAW GROUP, PLLC
John W. Phillips
Mathew Geyman

BERGMAN & FROCKT
Ari Brown

LAW OFFICES CARTER M. ZINN

/s/
Carter M. Zinn
Attorneys for Plaintiffs
Christophe Kubiak and Sebastian Sanges

Dated: July 17, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
William F. Alderman
Attorneys for Defendants
Novastar Mortgage, Inc., Novastar Home Mortgage, Inc. and Novastar Financial, Inc.