POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Carter@zinn-law.com Zinn, 205034<br>LAW OFFICES OF CARTER M. ZINN<br>3450 BRODERICK ST APT 302<br>SAN FRANCISCO, CA 94123-1851<br>TELEPHONE NO.: (415) 292-4100<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>07 JUL 17 PM 3: 10<br>RICH...<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Christophe Kubiak

DEFENDANT/RESPONDENT: Novastar Mortgage, Inc.

CASE NUMBER: C073438EDL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: none

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Order Setting Intial Case Management Conference and ADR Deadlines, Standing Order RE Case Management Conference, Standing Order for all Judges of the Northern District Of California, Welcome to the District Court, San Fransisco Office Hours: 9:00AM TO 4:00PM, ECF Registration Information Handout

3. a. Party served: Novastar Home Mortgage, Inc.

   b. Person Served: Margaret Wilson - Person authorized to accept service of process

   **BY FAX**

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): July 12, 2007   (2) at (time): 3:15 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Novastar Home Mortgage, Inc.

   under:   CCP 416.10 (corporation)

   **BY FAX**

7. **Person who served papers**
   a. Name:   Jimmy Lizama
   b. Address:   One Legal, Inc. - 132-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number:   415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: July 14, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6644259