1  WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
   walderman@orrick.com
2  IAN L. JOHNSON (STATE BAR NO. 208713)
   ijohnson@orrick.com
3  JUSTIN M. ARAGON (STATE BAR NO. 241592)
   jaragon@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    415-773-5700
   Facsimile:    415-773-5759
7
   Attorneys for Defendants
8  Novastar Mortgage, Inc., Novastar Home Mortgage, Inc. and
   Novastar Financial, Inc.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  CHRISTOPHE KUBIAK, an individual; and         No. C 07-03438 EDL
    SEBASTIAN SANGES, an individual, on
14  behalf of themselves and all others similarly  **DECLINATION TO PROCEED
    situated,                                      BEFORE A MAGISTRATE JUDGE
15                                                 AND REQUEST FOR
                    Plaintiffs,                    REASSIGNMENT TO A UNITED
16                                                 STATES DISTRICT JUDGE**
          v.
17
    NOVASTAR MORTGAGE, INC., a Virginia
18  corporation; NOVASTAR HOME
    MORTGAGE, INC., a Delaware corporation;
19  and NOVASTAR FINANCIAL, INC., a
    Maryland corporation.,
20
                    Defendants.
21

22

23

24       **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

25       The undersigned parties hereby decline to consent to the assignment of this case to a United

26  States Magistrate Judge for trial and disposition and hereby request the reassignment of this case

27  to a United States District Judge.

28

OHS West:260270558.1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES
DISTRICT JUDGE (CASE NO. C 07-03438 EDL)

1  Dated: August 6, 2007

WILLIAM F. ALDERMAN
IAN L. JOHNSON
JUSTIN M. ARAGON
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ William F. Alderman
William F. Alderman
Attorneys for Defendants
Novastar Mortgage, Inc., Novastar Home
Mortgage, Inc. and Novastar Financial, Inc.

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 6, 2007, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Ari Y. Brown
BERGMAN & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA 98104

John W. Phillips
PHILLIPS LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682

Matthew Geyman
PHILLIPS LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2007, at San Francisco, California.

/s/ Eloise Lee
Eloise Lee