**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                           General Court Number
Clerk                                                                     415.522.2000

**August 8, 2007**

CASE NUMBER:  CV 07-03438 EDL
CASE TITLE:  CHRISTOPHER KUBIAK-v-NOVASTAR MORTGAGE INC.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable VAUGHN R. WALKER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/8/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                   Special Projects
Log Book Noted                                          Entered in Computer 8/8/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA