```
1  Carter M. Zinn (State Bar No. 205034)
   LAW OFFICES CARTER M. ZINN
2  3450 Broderick Street, Suite 302
   San Francisco, California 94123
3  Telephone: (415) 292-4100
   Facsimile: (415) 292-4106
4  E-mail: Carter@zinn-law.com
5
6  Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES
```

**FILED**
AUG 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware corporation; and NOVASTAR FINANCIAL INC., a Maryland corporation,<br><br>Defendants. | CLASS ACTION<br><br>C 07 3438<br><br>[PROPOSED] ORDER RE APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN W. PHILLIPS, MATTHEW GEYMAN, AND ARI BROWN<br><br>BY FAX |


EDL
VRW

John W. Phillips is an active member in good standing of the bar of Washington, whose business address, telephone number, and Washington State Bar Number are: Phillips Law Group, 315 Fifth Avenue South, Suite 1000, Seattle, WA 98104; (206) 382-6163; Washington State Bar No. 12185.

[PROPOSED] ORDER RE APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN W. PHILLIPS,
MATTHEW GEYMAN, AND ARI BROWN

- 1 -

1  Matthew Geyman is an active member in good standing of the bar of Washington, whose
2  business address, telephone number and Washington State Bar Number are: Phillips Law Group,
3  315 Fifth Avenue South, Suite 1000, Seattle, WA 98104; (206) 382-6163; Washington State Bar
4  No. 17544.

5  Ari Brown is an active member in good standing of the bar of Washington, whose
6  business address, telephone number and Washington State Bar Number are: Bergman & Frockt,
7  614 First Avenue, Fourth Floor, Seattle, WA 98104; (206) 957-9510; WA State Bar Number
8  29570.

9  It being evident to the Court that John W. Phillips, Matthew Geyman, and Ari Brown
10 each meet the requirements for admission *pro hac vice* as set forth in Local Rules of the United
11 States District Court for the Northern District of California, Rule 11-3, and that each is in good
12 standing and eligible to practice in all courts to which admitted,

13 IT IS HEREBY ORDERED THAT the application for *pro hac vice* admission for John
14 W. Phillips, Matthew Geyman, and Ari Brown is granted at to each applicant, subject to the
15 terms and conditions of Civil L.R. 11-3. All papers filed by such attorneys must indicate
16 appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed
17 in the application will constitute notice to that party. All future filings in this action are subject
18 to the requirements contained in General Order No. 45, *Electronic Case Filing*.

19 Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES' Application for *Pro*
20 *Hac Vice* Admission of attorneys John W. Phillips, Matthew Geyman, and Ari Brown is
21 GRANTED as to each said applicant.

22 Dated: 1 6 AUG 2007

23                                     _____
                                       Judge of the United States District Court

[PROPOSED] ORDER RE APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN W. PHILLIPS,
MATTHEW GEYMAN, AND ARI BROWN

- 2 -