| | |
|---|---|
| 1 | WILLIAM F. ALDERMAN (STATE BAR NO. 47381) |
| | walderman@orrick.com |
| 2 | JUSTIN M. ARAGON (STATE BAR NO. 241592) |
| | jaragon@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 5 | Telephone:   415-773-5700 |
| | Facsimile:    415-773-5759 |
| 6 | |
| | Attorneys for Defendants |
| 7 | NOVASTAR MORTGAGE, INC., NOVASTAR HOME |
| | MORTGAGE, INC., and NOVASTAR FINANCIAL, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated, | Case No. C07-3438 VRW |
| 14 | | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; REQUEST FOR JUDICIAL NOTICE** |
| 15 | Plaintiffs, | |
| 16 | v. | Hearing Date:   October 25, 2007 |
| 17 | NOVASTAR MORTGAGE, INC., a Virginia Corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware Corporation; and NOVASTAR FINANCIAL, INC., a Maryland Corporation, | Time:   2:30 p.m. |
| | | Courtroom:   6 |
| | | Hon. Vaughn R. Walker |
| | Defendants. | |

OHS West:260301944.1

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS AND REQUEST FOR JUDICIAL
NOTICE C07-3438 VRW

The motion to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, of defendants NovaStar Financial, Inc., NovaStar Mortgage, Inc. and NovaStar Home Mortgage, Inc. (collectively, "defendants") and the request by defendants for judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, came on regularly for hearing on October 25, 2007. All parties appeared and were represented by counsel. Having considered the papers submitted in support of and in opposition to the motion and request, and good cause appearing therefor:

IT IS HEREBY ORDERED that the request for judicial notice is GRANTED. The materials are properly the subject of a request for judicial notice, and it is appropriate for this Court to take judicial notice of documents referred in and central to plaintiffs' complaint.

IT IS HEREBY FURTHER ORDERED that defendants' motion to dismiss is GRANTED without leave to amend, and the action is DISMISSED WITH PREJUDICE.

Dated: _____

_____
Vaughn R. Walker
Chief Judge of the United States District Court