IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, et al., ,<br><br>  Plaintiff,<br><br>  v.<br><br>NOVASTAR MORTGAGE, INC., et al.,<br><br>  Defendant._____ / | No.  C 07-3438  VRW<br><br>**CLERK'S NOTICE** |

    YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendants' Motion to Dismiss to **Thursday, November 15, 2007 at 2:30 p.m.**

    YOU ARE FURTHER NOTIFIED THAT  the Case Management Conference currently scheduled for November 1, 2007 has been **continued to Thursday, December 20, 2007 at 3:30 p.m.**  To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10.

Please report to Courtroom #6, 17th floor at 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: September 17, 2007

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk

                                        By: *Cora Klein*
                                        Cora Klein, Courtroom Deputy Clerk to
                                        Chief Judge Vaughn Walker