WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
walderman@orrick.com
NANCY E. HARRIS (STATE BAR NO. 197042)
nharris@orrick.com
JUSTIN M. ARAGON (STATE BAR NO. 241592)
jaragon@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:     415-773-5759

Attorneys for Defendants
NOVASTAR MORTGAGE, INC., NOVASTAR HOME
MORTGAGE, INC., and NOVASTAR FINANCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia Corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware Corporation; and NOVASTAR FINANCIAL, INC., a Maryland Corporation,<br><br>　　　　　　　Defendants. | Case No.  C07-3438 VRW<br><br>**DEFENDANTS' RE-NOTICE OF MOTION TO DISMISS**<br><br>Hearing Date:   December 6, 2007<br>Time:                 2:30 p.m.<br>Courtroom:       6<br>Hon. Vaughn R. Walker |

## RE-NOTICE OF MOTION AND MOTION

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 6, 2007, at 2:30 p.m. or as soon thereafter as the matter may be heard, in the courtroom of the Hon. Vaughn R. Walker, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, defendants NovaStar Mortgage, Inc., NovaStar Home Mortgage, Inc. and NovaStar Financial, Inc. will and hereby do move to dismiss this action for failure to state a claim upon which relief can be granted. Notice of this motion was previously filed on September 12, 2007, with hearing scheduled for October 25, 2007 at 2:30 p.m. in the courtroom of the Hon. Vaughn R. Walker. The Court later informed the parties that the hearing on this motion would be rescheduled for November 15, 2007 at 2:30 p.m. in the courtroom of the Hon. Vaughn R. Walker.

The motion is made under Rule 12(b)(6) of the Federal Rules of Civil Procedure and is based on all of defendants' previously filed documents, including their opening brief and request for judicial notice, the complete files and records of this action, and such other matters and arguments as may come before the Court, including those raised in connection with reply briefing and oral argument relating to this action.

Dated: October 10, 2007

WILLIAM F. ALDERMAN
NANCY E. HARRIS
JUSTIN M. ARAGON
Orrick, Herrington & Sutcliffe LLP


           /s/  Justin M. Aragon
JUSTIN M. ARAGON
Attorneys for Defendants
NOVASTAR MORTGAGE, INC., NOVASTAR HOME MORTGAGE, INC., and NOVASTAR FINANCIAL, INC.