| | |
|---|---|
| 1 | |
| 2 | WILLIAM F. ALDERMAN (STATE BAR NO. 47381)<br>NANCY E. HARRIS (STATE BAR NO. 197042)<br>JUSTIN M. ARAGON (STATE BAR NO. 241592)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:    415-773-5700<br>Facsimile:    415-773-5759<br>Email:    walderman@orrick.com<br>Email:    nharris@orrick.com<br>Email:    jaragon@orrick.com<br><br>Attorneys for Defendants<br>NovaStar Mortgage Inc., NovaStar Home Mortgage, Inc. and<br>NovaStar Financial, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NOVASTAR MORTGAGE INC., a Virginia corporation; NOVASTAR HOME MORTGAGE, INC., a Delaware corporation; and NOVASTAR FINANCIAL, INC., a Maryland corporation,<br><br>    Defendants. | Case No.  C 07-CV -03438-VRW<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On November 21, 2007, I served the following document(s):

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Ari Y. Brown
BERGMAN & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA  98104

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2007, at San Francisco, California.

/s/ Eloise Lee
_____
Eloise Lee