United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## Northern District of California

10   Kubiak,                                    07-03438 VRW

11                      Plaintiff(s),           **NOTICE RE: NONCOMPLIANCE
                                                WITH COURT ORDER**
12          v.

13   NovaStar Mortgage, Inc.,

14                      Defendant(s).

15

16          The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting

22   ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-03438 VRW                          -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: December 5, 2007

9                                   RICHARD W. WIEKING

10                                  Clerk
                                    by:  Timothy J. Smagacz

11

12                                  ADR Administrative Assistant

13                                  415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**PROOF OF SERVICE**

Case Name:        Kubiak v. NovaStar Mortgage, Inc.

Case Number:      07-03438 VRW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On December 5, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Matthew Geyman
> Phillips Law Group PLLC
> 315 Fifth Avenue South
> Suite 1000
> Seattle, WA 98104
> mgeyman@jphillipslaw.com
>
> John Wentworth Phillips
> Phillips Law Group PLLC
> 315 Fifth Avenue South
> Suite 1000
> Seattle, WA 98104
> jphillips@jphillipslaw.com
>
> Carter M. Zinn
> Law Offices of Carter M. Zinn
> 3450 Broderick Street, Suite 302
> San Francisco, CA 94123
> carter@zinn-law.com
>
> Ari Y Brown

Law Office of Ari Brown
1001 Fourth Ave
Suite 3600
Seattle, WA 98154
ari@abrownlegal.com

William F. Alderman
Orrick Herrington & Sutcliffe LLP
405 Howard Street
The Orrick Building
San Francisco, CA 94105-2669
walderman@orrick.com

Ian Luther Johnson
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
ijohnson@orrick.com

Justin Manuel Aragon
Orrick Herrington & Sutcliffe
405 Howard Street
The Orrick Building
San Francisco, CA 94105-2669
jaragon@orrick.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 5, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov