UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** December 6, 2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   Belle Ball

**CASE NO.** C 07-3438 VRW

**TITLE:** CHRISTOPHE KUBIAK et al v. NOVASTAR MORTGAGE INC., et al

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Carter Zinn                        William Alderman
John Phillips, Ari Brown

**PROCEEDINGS:**   1. Deft's Motion to Dismiss
                   2.

**RESULTS:**       The Court heard argument from counsel.
                   The Court took the matter(s) under-submission.
                   Court to issue written ruling.