UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  December 20, 2007

**C 07-3438  VRW        CHRISTOPHE KUBIAK et al  v  NOVASTAR MORTGAGE INC**

Attorneys : For Plaintiff(s):    No appearance

           For Defendant(s):    No appearance

Deputy Clerk: Cora Klein                    Reporter: Kathy Wyatt

PROCEEDINGS:                                RULING:
1.
2.
3.

Case Management Conference - Not Held

Further Case Management Conference: 2/14/2008 at 3:30 p.m.