1  WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
   NANCY E. HARRIS (STATE BAR NO. 197042)
2  JUSTIN M. ARAGON (STATE BAR NO. 241592)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:    415-773-5700
5  Facsimile:    415-773-5759
   Email:      walderman@orrick.com
6  Email:      nharris@orrick.com
   Email:      jaragon@orrick.com
7
   Attorneys for Defendants
8  Novastar Mortgage Inc. and Novastar Home Mortgage, Inc.

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  CHRISTOPHER KUBIAK, an individual;          Case No.  C 07-CV -03438-VRW
    and SEBASTIAN SANGES, an individual, on
14  behalf of themselves and all others similarly   **STIPULATION TO EXTEND TIME
    situated,                                       TO ANSWER OR OTHERWISE
15                                                  RESPOND TO FIRST AMENDED
                                                    COMPLAINT**
16              Plaintiffs,

17       v.

18  NOVASTAR MORTGAGE INC., a Virginia
    corporation and NOVASTAR HOME
19  MORTGAGE, INC., a Delaware corporation,

20              Defendants.

21

22

23

24

25

26

27

28

OHS West:260376944.1

1    Plaintiffs Christopher Kubiak and Sebastian Sanges and defendants Novastar Mortgage,

2    Inc. and Novastar Home Mortgage, Inc., through their respective undersigned counsel of record,

3    hereby stipulate and agree as follows:

4    The date by which defendants Novastar Mortgage, Inc. and Novastar Home Mortgage,

5    Inc. must answer or otherwise respond to the First Amended Complaint in the above-captioned

6

7    matter shall be extended by twenty days to February 19, 2008.

8

9    Dated: January 31, 2008               WILLIAM F. ALDERMAN
                                          NANCY E. HARRIS
10                                         JUSTIN M. ARAGON
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
11

12                                                  /s/ Nancy E. Harris
13                                                  Nancy E. Harris
                                          Attorneys for Defendants
14                                     Novastar Mortgage Inc. and Novastar Home
                                                  Mortgage, Inc.
15

16

17   Dated: January 31, 2008               PHILLIPS LAW GROUP, PLLC

18

19                                                  /s/ John W. Phillips
20                                                  John W. Phillips
                                          Attorneys for Plaintiff
21                                     Christopher Kubiak and Sebastian Sanges

22

23

24

25

26

27

28