Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

John Phillips (Washington State Bar No. 12185)
Phillips Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 382-6163
Facsimile: (206) 382-6168
e-mail: jphillips@jphillipslaw.com

Ari Brown (Washington State Bar No. 29570)
Law Office of Ari Brown
2003 Western Avenue, Suite 203
Seattle, WA 98121
Telephone: (206) 625-7999
Facsimile: (206) 441-6014
E-mail: ari@abrownlegal.com

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE INC., a Virginia Corporation; NOVASTAR HOME MORTGAGE INC., a Delaware Corporation,<br><br>Defendants. | CLASS ACTION<br><br>**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

Plaintiffs Christophe Kubiak and Sebastian Sanges and Defendants NovaStar Mortgage Inc. and NovaStar Home Mortgage Inc. jointly request that the Case Management Conference currently scheduled for February 14, 2008 be rescheduled to Thursday March 20, 2008 or the next date available to the Court.  Plaintiffs recently agreed to Defendants' request to extend time for defendants to answer the First Amended Complaint to February 19, 2008.  The parties request this extension so that they can be fully prepared to address all issues at the Case Management Conference.

Dated: February 8, 2008

LAW OFFICES OF CARTER M. ZINN

Carter M. Zinn

PHILLIPS LAW GROUP, PLLC
By: _____//s_____
John W. Phillips


LAW OFFICE OF Ari BROWN

By: _____//s_____
Ari Y. Brown

Attorneys for Plaintiffs

Approved as to Form;
Approved for Entry

William F. Alderman
Nancy E. Harris
Justin M. Aragon
Orrick, Herrington & Sutcliffe LLP

By: \_\_\_\_\_//s_____
Nancy E. Harris
Attorneys for Defendants