IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, et al, | No. C 07-3438 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| NOVASTAR MORTGAGE, INC., et al., | |
| Defendant. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT, per counsel's joint request, the Case Management Conference currently scheduled for February 14, 2008 shall be **continued to Thursday, April 3, 2008 at 3:30 p.m.** Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: February 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker