WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
NANCY E. HARRIS (STATE BAR NO. 197042)
JUSTIN M. ARAGON (STATE BAR NO. 241592)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759
Email:       walderman@orrick.com
Email:       nharris@orrick.com
Email:       jaragon@orrick.com

Attorneys for Defendants
Novastar Mortgage Inc. and Novastar Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE INC., a Virginia corporation and NOVASTAR HOME MORTGAGE, INC., a Delaware corporation,<br><br>Defendants. | Case No.  C 07-CV -03438-VRW<br><br>**NOTICE OF BANKRUPTCY** |

TO THE HONORABLE VAUGHN R. WALKER, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on or about January 23, 2008, a petition for involuntary bankruptcy was filed under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, against Defendant Novastar Home Mortgage, Inc. ("NHMI") in the United States Bankruptcy Court for the Western District of Missouri, Case NO. 08-40245-7. A true and correct copy of the involuntary bankruptcy petition is attached hereto as Exhibit A. Pursuant to Section 362 of the Bankruptcy Code, upon information and belief, all actions against NHMI are automatically stayed.

Dated: February 11, 2008

WILLIAM F. ALDERMAN
NANCY E. HARRIS
JUSTIN M. ARAGON
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Nancy E. Harris
Nancy E. Harris
Attorneys for Defendants
Novastar Mortgage Inc. and Novastar Home Mortgage, Inc.

# EXHIBIT A

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Western District of Missouri | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Novastar Home Mortgage, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I D No /Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No and street, city, state, and zip code)<br><br>8140 Ward Parkway<br>Kansas City, Missouri 64114-2006<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Jackson County, Missouri                ZIP CODE<br>                                                         64114 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required] |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code<br>3.a ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                                                                       or<br>   b ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession | |

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor  Novastar Home Mortg

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>Lucy Fredich | x_____           Date<br>Signature of Attorney |
|---|---|
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Lucy Fredich<br>26865 Black Horse Cir.<br>Corona, CA 92883 | Address<br><br>Telephone No. |

| x_____<br>Signature of Petitioner or Representative (State title)<br>Richard Burden | x_____           Date<br>Signature of Attorney |
|---|---|
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Richard Burden<br>16564 Ocotilla Road<br>Apple Valley, CA 92307 | Address<br><br>Telephone No |

| x_____<br>Signature of Petitioner or Representative (State title)<br>American Interbanc Mortgage, LLC | x /s/ Larry E. Parres                     01/23/2008<br>Signature of Attorney                                Date<br>Lewis, Rice & Fingersh, L.C. |
|---|---|
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any)<br>500 N. Broadway, Suite 2000, St. Louis, MO 63102 |
| Name & Mailing Address of Individual Signing in Representative Capacity | John M. Dannelley<br>4 Park Plaza, Suite 100<br>Irvine, CA 92614 | Address<br>(314) 444-7600<br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lucy Fredich, 26865 Black Horse Cir., Corona, CA 92883 | Borrower Refund Debt | 46.38 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Richard Burden, 16564 Ocotilla Rd., Apple Valley, CA 92307 | Borrower Refund Debt | 96.55 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| American Interbanc Mort., 4 Park Plaza, Irvine, CA 92614 | Judgment Debt | 48,878,537.13 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 48,878,680.06 |

1  continuation sheets attached

Name of Debtor: Novastar Home Mortgage, Inc.
Case No. _____

**ADDITIONAL ATTORNEY FOR PETITIONING CREDITOR**
**AMERICAN INTERBANC MORTGAGE, LLC**

x_____/s/ Robert P. Berry_____    1/23/2008
    Signature of Attorney                Date

_____Berry & Maxson LLC_____
Name of Attorney Firm (If any)
17295 Chesterfield Airport Rd, Suite 209, St. Louis, MO 63005
Address
_____(314) 480-5882_____
Telephone No.