Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

John Phillips (Washington State Bar No. 12185)
Phillips Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 382-6163
Facsimile: (206) 382-6168
e-mail: jphillips@jphillipslaw.com

Ari Brown (Washington State Bar No. 29570)
Law Office of Ari Brown
2003 Western Avenue, Suite 203
Seattle, WA 98121
Telephone: (206) 625-7999
Facsimile: (206) 441-6014
E-mail: ari@abrownlegal.com

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE INC., a Virginia Corporation; NOVASTAR HOME MORTGAGE INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. C07-3438 VRW<br><br>CLASS ACTION<br><br>ADR CERTIFICATION |

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he has:

2

3  **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

4

5  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

6

7  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

8

9         Dated: March 13, 2008

10                                              LAW OFFICES OF CARTER M. ZINN

11

12

13                                              Carter M. Zinn

14                                              PHILLIPS LAW GROUP, PLLC
                                                By: _____//s_____
                                                John W. Phillips

15

16                                              LAW OFFICE OF Ari BROWN

17                                              By: _____//s_____
                                                Ari Y. Brown

18
                                                Attorneys for Plaintiffs
19

20

21

22

23

ADR CERTIFICATION

2