UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER KUBIAK, et al.

           Plaintiff(s),

     v.

NOVASTAR MORTGAGE INC., et al.

           Defendant(s).

Case No. C 07-CV-03438-VRW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/13/08

/s/ John A. Holtmann
[Party] Novastar Mortgage Inc.
(concurrence in the filing of the document has been obtained from the signatory)

Dated: 3/13/08

/s/ Justin M. Aragon
[Counsel]