UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  April 3, 2008

**C 07-3438 VRW   Christophe Kubiak and Sebastian Sanges   v   Novastar Mortgage Inc.**

Attorneys : For Plaintiff(s):    Ari Brown

   For Defendant(s):    Nancy Harris, Justin Aragon

Deputy Clerk: Cora Klein                                  Reporter: not reported

PROCEEDINGS:
Case Management Conference - Held

SCHEDULE:
Motion for Class Certification : 8/7/2008 at 2:30 p.m.

Expert witness designation: 9/23/2008

Discovery Cutoff: 12/15/2008

DISPOSITIVE MOTIONS HEARING:   01/22/2009  at 2:30 p.m.

PRETRIAL CONFERENCE:   4/9/20 09  at 3:30 pm

Note: Defendant shall response to Plaintiff's document request, and provide copy to the court  by no later than April 14, 2008

Order to be prepared by:     Plntf_____    Deft_____    Court_x_