# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Kubiak,<br><br>             Plaintiff(s),<br><br>   v.<br><br>NovaStar Mortgage, Inc.,<br><br>             Defendant(s). | 07-03438 VRW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Gilda R. Turitz**
> Sideman & Bancroft LLP
> One Embarcadero Center, 8th Floor
> San Francisco, CA 94111
> 415-392-1960

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03438 VRW MED                - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: April 9, 2008

                                           RICHARD W. WIEKING
                                           Clerk
                                           by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03438 VRW MED                      - 2 -