# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kubiak,<br><br>             Plaintiff(s),<br><br>     v.<br><br>NovaStar Mortgage, Inc.,<br><br>             Defendant(s). | 07-03438 VRW MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Gilda R. Turitz to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: April 21, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov