1    WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
     NANCY E. HARRIS (STATE BAR NO. 197042)
2    JUSTIN M. ARAGON (STATE BAR NO. 241592)
     ORRICK, HERRINGTON & SUTCLIFFE LLP
3    The Orrick Building
     405 Howard Street
4    San Francisco, CA  94105-2669
     Telephone:    415-773-5700
5    Facsimile:    415-773-5759
     Email:        walderman@orrick.com
6    Email:        nharris@orrick.com
     Email:        jaragon@orrick.com
7
     Attorneys for Defendants
8    NovaStar Mortgage Inc. and NovaStar Home Mortgage, Inc.

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13

|  |  |
|---|---|
| CHRISTOPHER KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated, | Case No.  C 07-CV -03438-VRW |
|  | **NOTICE OF BANKRUPTCY DISMISSAL** |
| Plaintiffs, |  |
| v. |  |
| NOVASTAR MORTGAGE INC., a Virginia corporation and NOVASTAR HOME MORTGAGE, INC., a Delaware corporation, |  |
| Defendants. |  |

1

2      TO THE HONORABLE VAUGHN R. WALKER, ALL PARTIES AND THEIR

3  RESPECTIVE COUNSEL OF RECORD:

4      PLEASE TAKE NOTICE that on April 24, 2008, the United States Bankruptcy Court for

5  the Western District of Missouri granted debtor NovaStar Home Mortgage, Inc.'s ("NHMI's")

6  Stipulated Motion to Dismiss the involuntary bankruptcy petition, Case NO. 08-40245-7, as to all

7  petitioning creditors.  Pursuant to Section 362 of the Bankruptcy Code, the automatic stay of all

8  actions against NHMI has been lifted.

9
   Dated: May 6, 2008                    WILLIAM F. ALDERMAN
10                                        NANCY E. HARRIS
                                          JUSTIN M. ARAGON
11                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13                                        /s/ Justin M. Aragon
   _____
                                          Justin M. Aragon
14                                        Attorneys for Defendants
                                  NovaStar Mortgage Inc. and NovaStar Home
15                                        Mortgage, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28