# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kubiak, | 07-03438 VRW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| NovaStar Mortgage, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Debra L. Mellinkoff**
Mellinkoff Mediation
1001 Bridgeway, Suite 203
Sausalito, CA 94965
415-289-0300
melmediate@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03438 VRW MED                - 1 -

The mediation session is scheduled for July 2, 2008. Counsel are reminded to seek an extension of time to for mediation as the current deadline is June 16, 2008. Counsel are also reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 10, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov