WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
walderman@orrick.com
NANCY E. HARRIS (STATE BAR NO. 197042)
nharris@orrick.com
JUSTIN M. ARAGON (STATE BAR NO. 241592)
jaragon@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendants Novastar Mortgage, Inc. and Novastar Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia corporation and NOVASTAR HOME MORTGAGE, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No.  C 07-CV -03438-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR MEDIATION** |

Pursuant to Local Rule for Alternative Dispute Resolution 6-5 and Local Civil Rule 7, defendants NovaStar Mortgage, Inc. and NovaStar Home Mortgage, Inc. and plaintiffs Christophe Kubiak and Sebastian Sanges, hereby request that the Court grant the parties an extension of the deadline for mediation until July 2, 2008. In support of this request, the parties represent and stipulate as follows:

1. Pursuant to the Court's order dated March 13, 2008, the deadline for the parties to mediate is 90 days from the date of the Court's order, or June 16, 2008.

2. On April 9, 2008 the ADR Clerk filed a notice appointing Gilda R. Turitz as the Mediator in this matter.

3. On April 21, 2008 the ADR Clerk filed a second notice vacating the appointment of Ms. Turitz as the Mediator in this matter. The notice also stated that the "ADR Unit will appoint another Mediator to this matter as soon as possible."

4. During the week of June 2, 2008 the parties were contacted by Howard Herman, director of the court's ADR program, to discuss identifying an alternative Mediator and scheduling an acceptable mediation date.

5. Based on these conversations, the parties have agreed that Debra L. Mellinkoff is an acceptable Mediator for this matter. The parties understand that the earliest date Ms. Mellinkoff is available is July 1, 2008. The parties and Ms. Mellinkoff have agreed to conduct mediation on July 2, 2008.

6. On June 10, 2008 the ADR Clerk filed a third notice appointing Debra L. Mellinkoff as the Mediator in this matter and scheduling the mediation on July 2, 2008.

For the reasons stated above, the parties respectfully request that the Court grant their request to extend the deadline for mediation in this action until July 2, 2008.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 11, 2008 | WILLIAM F. ALDERMAN<br>NANCY E. HARRIS<br>JUSTIN M. ARAGON<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Justin M. Aragon
Justin M. Aragon
Attorneys for Defendants
NovaStar Mortgage, Inc. and NovaStar Home Mortgage, Inc.

| | |
|---|---|
| Dated: June 11, 2008 | CARTER M. ZINN<br>LAW OFFICES CARTER M. ZINN;<br>JOHN W. PHILLIPS<br>PHILLIPS LAW GROUP, PLLC;<br>ARI BROWN<br>LAW OFFICE OF ARI BROWN |

/s/ Ari Y. Brown
Ari Y. Brown
Attorneys for Plaintiffs
Christophe Kubiak and Sebastian Sanges.

Concurrence in the filing of this document has been obtained from the signatory.

1  **[PROPOSED] ORDER**

2  Based upon the above stipulation of the parties, and good cause appearing therefor,

3  IT IS ORDERED that the foregoing stipulation be and is hereby adopted as the order
4  of the Court.

5  Dated: June ___, 2008

_____
Hon. Vaughn R. Walker
United States District Court Judge