Carter M. Zinn (State Bar No. 205034)
LAW OFFICES OF CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, CA  94123
Telephone:  (415) 292-4100
Facsimile:  (415) 292-4106
E-mail:  carter@zinn-law.com

John Phillips (Washington State Bar No. 12185)
Matthew Geyman (Washington State Bar No. 17544)
PHILLIPS LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Phone: (206) 382-6163
Facsimile: (206) 382-6168
E-mail:  jphillips@jphillipslaw.com
E-mail: mgeyman@jphillipslaw.com

Ari Brown (Washington State Bar No. 29570)
LAW OFFICE OF ARI BROWN
2003 Western Avenue, Suite 203
Seattle, WA  98121
Telephone:  (206) 625-7999
Facsimile:  (206) 441-6014
E-mail:  ari@abrownlegal.com

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE KUBIAK, an individual; and SEBASTIAN SANGES, an individual, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NOVASTAR MORTGAGE, INC., a Virginia corporation; and NOVASTAR HOME MORTGAGE, INC., a Delaware corporation,<br><br>                    Defendants. | No. C07-03438 VRW<br><br>CLASS ACTION<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1

**STIPULATION**

The parties, through their respective undersigned counsel, hereby stipulate and agree that Plaintiffs' individual claims in this matter against Defendants have been fully settled and compromised and should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), without costs or attorneys' fees to any party

DATED this _____ day of July, 2008.

PHILLIPS LAW GROUP, PLLC

By: /s/ _____
   John W. Phillips, WSBA #12185
   Matthew Geyman, WSBA #17544
      *(admitted Pro Hac Vice)*

Attorneys for Plaintiffs

LAW OFFICES OF ARI BROWN

By: /s/ _____
   Ari Brown, WSBA #29570
      *(admitted Pro Hac Vice)*

Attorneys for Plaintiffs

LAW OFFICES OF CARTER M. ZINN

By: /s/ _____
   Carter M. Zinn, State Bar No. 205034

Attorneys for Plaintiffs

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ _____
   William F. Alderman, State Bar No. 47381
   Nancy E. Harris, State Bar No. 197042
   Justin M. Aragon, State Bar No. 241592

Attorneys for Defendants

Concurrence in the filing of this document has been obtained from the signatory.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2

<u>ORDER</u>

Based on the parties' foregoing stipulation and agreement pursuant to Federal Rule of Civil Procedure 41(a),

IT IS HEREBY ORDERED that Plaintiffs' individual claims in this matter against Defendants are dismissed with prejudice, without costs or attorneys' fees to any party.

DATED this __8th__ day of July, 2008.



Vaughn R. Walker
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 3